# UNITED STATES DISTRICT COURT - WESTERN DISTRICT OF MICHIGAN
## CRIMINAL MINUTE SHEET

| | |
|---|---|
| **USA v.** Herman King, III | **Mag. Judge:** Phillip J. Green |

| CASE NUMBER | DATE | TIME (begin/end) | PLACE | INTERPRETER |
|---|---|---|---|---|
| 1:26-mj-00505 | 11/16/2026 | 2:42 - 2:59 PM | Grand Rapids | |

**APPEARANCES:**

| Government: | Defendant: | Counsel Designation: |
|---|---|---|
| Donald Daniels by Vito S. Solitro | Appeared w/out counsel (court to appoint) | |

| OFFENSE LEVEL | CHARGING DOCUMENT/COUNTS | CHARGING DOCUMENT |
|---|---|---|
| Felony | SRV/Probation Petition | Read __<br>Reading Waived __ |

| TYPE OF HEARING | DOCUMENTS | CHANGE OF PLEA |
|---|---|---|
| ✓ First Appearance<br>__ Arraignment:<br>__mute __nolo contendre<br>__not guilty __guilty<br>__ Initial Pretrial Conference<br>__ Detention (waived __)<br>__ Preliminary (waived __)<br>__ Rule 5 Proceeding<br>✓ Revocation/SRV/PV<br>__ Bond Violation<br>__ Change of Plea<br>__ Sentencing<br>__ Other: ______ | __ Defendant's Rights<br>✓ Waiver of Rule 32.1 Hearings<br>__ Consent to Mag. Judge for ______<br>__ Other:<br>______<br>______<br>Court to Issue:<br>__ Report & Recommendation<br>✓ Order of Detention<br>__ Order to file IPTC Statements<br>__ Bindover Order w/Detention<br>✓ Order Appointing Counsel<br>✓ Other:<br>Commitment | Guilty Plea to Count(s) ______<br>of the ______<br>Count(s) to be dismissed at sentencing:<br>______<br>Presentence Report:<br>__Ordered __Waived<br>__ Plea Accepted by the Court<br>__ No Written Plea Agreement<br>**EXPEDITED RESOLUTION**<br>__ Case appears appropriate for expedited resolution |

| ADDITIONAL INFORMATION | SENTENCING |
|---|---|
| Defendant appeared with attorney Helen C Niewenhuis. | Imprisonment: ______<br>Probation: ______<br>Supervised Release: ______<br>Fine: $ ______<br>Restitution: $ ______<br>Special Assessment: $ ______<br>Plea Agreement Accepted: __Yes __No<br>Defendant informed of right to appeal: __Yes __No<br>Counsel informed of obligation to file appeal: __Yes __No |

| CUSTODY/RELEASE STATUS | BOND AMOUNT AND TYPE |
|---|---|
| Detained | $ ______ |
| **CASE TO BE:** Set for hearing in charging district | **TYPE OF HEARING:** Further Proceedings |
| **Reporter/Recorder:** Digitally Recorded | **Courtroom Deputy:** **A. Doezema** |